UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1308

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>William Edward Fessler<br>AKA Kareem Galee Montana<br><br>Defendant. | MAGISTRATE CASE NO. _____<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, United States Code § 841(a)(1) & (b)(1)(A)(ii) & (iii) - Distribution of Cocaine Base in the form of "Crack" |

The undersigned Complainant, being duly sworn, states:

On or about April 25, 2008, within the Southern District of California, defendant WILLIAM EDWARD FESSLER, did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing cocaine base, also known as "crack cocaine", to wit: approximately 250 grams of cocaine base in the form of "crack", a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(ii) & (iii)

Daniel P. Evans
Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 28th day of April, 2008.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately 3 years. I am currently assigned to the Cyber Division of the San Diego field office, where I investigate crimes concerning child exploitation and the receipt, possession, production, and transmission of child pornography.

On April 24, 2008, an FBI Informant who is willing to testify, provided William Edward Fessler with $5,000 for the purchase of "crack cocaine". This transaction was arranged throughout the week via telephone.

On April 25, 2008, the Informant went to Fessler's residence located at 4881 Rolando Court, Unit 77, San Diego, California, to pick-up the narcotics. After approximately five minutes inside the residence, the Informant exited with approximately 250 grams of "crack cocaine".