1 | KAREN P. HEWITT
United States Attorney
2 | ALESSANDRA P. SERANO
Assistant U.S. Attorney
3 | California State Bar No. 204796
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7084/(619) 557-7381 (Fax)
Email: alessandra.p.serano@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )     Criminal Case No. 08MJ1308
                                      )
11 |                      Plaintiff,   )
                                      )
12 |              v.                   )     NOTICE OF APPEARANCE
                                      )
13 | WILLIAM EDWARD FESSLER,           )
                                      )
14 |                     Defendant.    )
     _____)

15 |

16 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17 |     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18 |     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 | 83.3.c.3-4.

20 |     The following government attorneys (who are admitted to practice in this court or authorized

21 | to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22 | counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23 | activity in this case:

24 | Name                 Cal. Bar No.  Telephone No.  Email Address

25 | Alessandra P. Serano  204796        619/557-7084   alessandra.p.serano@usdoj.gov

26 |

27 |

28 |

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case:

3    | Name | Cal. Bar No. | Telephone No. | Email Address |
4    n/a

5

6    Please call me if you have any questions about this notice.

7    DATED: April 29, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Alessandra P. Serano

_____
ALESSANDRA P. SERANO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: alessandra.p.serano@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1308 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| WILLIAM EDWARD FESSLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Notice of Attorney Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Heather Rogers, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008.

s/Alessandra P. Serano
ALESSANDRA P. SERANO

3